# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No. SA CV 16-0504-DOC (FFMx)            Date: June 20, 2017

Title: HOLLY ATTIA, ET AL. V. THE NEIMAN MARCUS GROUP, INC.

PRESENT:

### THE HONORABLE DAVID O. CARTER, JUDGE

| Deborah Goltz | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|---|---|
| None Present | None Present |

**PROCEEDINGS (IN CHAMBERS):**    **ORDER TO SHOW CAUSE WHY THIS CASE SHOULD NOT BE STAYED**

On October 18, 2016, the Court issued an Order Granting Plaintiffs' Motion for Reconsideration re Order to Compel Arbitration ("Reconsideration Order") (Dkt. 25). In the Reconsideration Order, the Court determined that, in light of the Ninth Circuit's ruling in *Morris v. Ernst & Young, LLP*, 834 F.3d 975 (2016), the Court could not compel individual arbitration in this case. In the briefing on the Reconsideration Order, Defendant asked that the Court defer ruling on the motion for reconsideration due to the high likelihood that the Supreme Court would grant *certiorari* in *Morris*. At that time, the Court declined to do so.

The Supreme Court has now granted *certiorari* in *Morris. Ernst & Young, LLP v. Morris*, 137 S. Ct. 809 (2017). Accordingly, the Court now ORDERS the parties to show cause why this case should not be stayed pending the Supreme Court's decision in *Morris*.

The parties shall each submit ten (10) pages of briefing on the issue **on or before June 26, 2017**.

The Clerk shall serve this minute order on the parties.

Initials of Deputy Clerk: djg

MINUTES FORM 11
CIVIL-GEN