Rob Hennig (State Bar No. 174646)
Dat Tommy Phan (State Bar No 316813)
HENNIG RUIZ & SINGH
3600 Wilshire Blvd., Suite 1908
Los Angeles, CA 90010
Telephone: (213) 310-8301

Attorneys for Plaintiffs
KIM MARCONI AND DAVID TOLBERT

[Additional Counsel on page 2]

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOLLY ATTIA, ROSHANAK BASTI, NILOOFAR ESHAGHBEIGL, MICHELLE GIRARD, ELISE KELLEY, KIM MARCONI, ISABEL ROMERO, DAVID TOLBERT, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>THE NEIMAN MARCUS GROUP, INC., a Texas corporation; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. 8:16-CV-00504 DOC (FFM)<br><br>Assigned for all purposes to The Honorable David O. Carter<br><br>**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE OF PLAINTIFF KIMBERLY MARCONI [RULE 41(a)(1)(A)(ii)]** |

**Additional Counsel**

Aaron L. Agenbroad (State Bar No. 242613)
alagenbroad@JonesDay.com
JONES DAY
555 California Street, 26th Floor
San Francisco, CA 94104
Telephone: +1.415.626.3939
Facsimile: +1.415.875.5700

Cindi L. Ritchey (State Bar No. 216899)
critchey@jonesday.com
Koree Blyleven (State Bar No. 294489)
kblyleven@jonesday.com
JONES DAY
4655 Executive Drive, Suite 1500
San Diego, CA 92121.3141
Telephone: +1.858.314.1200
Facsimile: +1.858.314.1150

Attorneys for Defendant
THE NEIMAN MARCUS GROUP LLC

IT IS HEREBY STIPULATED by and between Plaintiff Kimberly Marconi and Defendant The Neiman Marcus Group LLC, by and through their respective attorneys of record, that Plaintiff Kimberly Marconi and all claims asserted on behalf of Ms. Marconi be dismissed with prejudice from this lawsuit, including all claims asserted in her individual capacity, Ms. Marconi's request to be a putative class representative, and Ms. Marconi's request to assert claims on behalf of other aggrieved employees as a representative plaintiff in proxy for the State of California, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, with each party to bear its own costs and attorneys' fees. In addition, Ms. Marconi will file an opt-out notice with the settlement administrator in this case.

Dated: December 17, 2018    Respectfully submitted,
HENNIG RUIZ & SINGH


By: / s / Rob Hennig
Rob Hennig
Dat Tommy Phan

Attorneys for Plaintiffs
KIM MARCONI AND DAVID TOLBERT


Dated: December 17, 2018    Respectfully submitted,
JONES DAY


By: */s/ Aaron L. Agenbroad*
Aaron L. Agenbroad

Attorneys for Defendant
THE NEIMAN MARCUS GROUP LLC

SIGNATURE ATTESTATION

I, Rob Hennig, hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated:    December 17, 2018        Respectfully submitted,
                                    HENNIG RUIZ & SINGH


                                    By:   / s / Rob Hennig
                                        Rob Hennig
                                        Dat Tommy Phan

                                    Attorneys for Plaintiffs
                                    KIM MARCONI AND DAVID TOLBERT

NAI-1505567071v1

3

CASE NO. 8:16-CV-00504 DOC (FFM)
RULE 41 DISMISSAL RE KIMBERLY MARCONI